# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **FORREST GREENE JR ET AL** | **CASE NO. 6:19-CV-00018** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **ZURICH AMERICAN INSURANCE CO** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' Motion for Summary Judgment (Rec. Doc. 13) be GRANTED, that Zurich's Motion for Summary Judgment (Rec. Doc. 15) be DENIED, and that Plaintiffs' Motion to Strike Defendant's Motion for Summary Judgment and/or Exhibits (Rec. Doc. 19) be DENIED.

Signed at Lafayette, Louisiana, this 21st day of October, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE